

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00189-CR

DARRIAN DE'ANTHONY DAVIS-SANDERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-12-24275

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Darrian De'Anthony Davis-Sanders appeals from a judgment that adjudicated him guilty of delivery of less than one gram of cocaine within a school zone, sentenced him to ten years' imprisonment, and ordered him to pay $140.00 in restitution. Davis-Sanders has filed a single brief, in which he raises an issue common to all of his appeals.[1] He argues that his counsel rendered ineffective assistance by failing to question the legality of the search that led police officers to discover that he was in possession of methamphetamine and a firearm.

We addressed this issue in detail in our opinion of this date on Davis-Sanders' appeal in cause number 06-14-00186-CR. For the reasons stated therein, we likewise conclude that Davis-Sanders has failed to demonstrate that he received ineffective assistance of counsel in this case.

We affirm the trial court's judgment.


Bailey C. Moseley
Justice

Date Submitted:    July 22, 2015
Date Decided:    August 4, 2015

Do Not Publish

---

[1]In our cause numbers 06-14-00186-CR, 06-14-00187-CR, and 06-14-00188-CR, Davis-Sanders also appeals from (1) a judgment adjudicating him guilty of delivery of less than one gram of cocaine within a school zone, sentencing him to ten years' imprisonment, and ordering him to pay $140.00 in restitution; (2) a judgment adjudicating him guilty of delivery of less than one gram of cocaine within a school zone, sentencing him to ten years' imprisonment, and ordering him to pay $102.00 in restitution; and (3) a judgment adjudicating him guilty of possession with intent to deliver four or more grams, but less than 200 grams of cocaine within a school zone, sentencing him to sixty years' imprisonment, and ordering him to pay a $1,450.00 fine.